```
                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :      NO. 1:13-CR-272-1-TCB-ECS
         v.                   :
                              :
RASHAAD WILSON                :
```

### REPORT, RECOMMENDATION AND ORDER
### OF THE MAGISTRATE JUDGE

This matter is before the Court after a pretrial conference held on September 10, 2013. Four motions are pending on behalf of Rashaad Wilson: a motion for disclosure of witness statements, [Doc.6]; a motion to dismiss indictment [Doc. 30]; a motion to suppress evidence, [Doc. 34]; and a motion to sever, [Doc. 36]. This Report, Recommendation and Order will resolve all of these motions.

First, with regard to the motion for disclosure of witness statements, [Doc. 6], this motion pertains to a preliminary hearing that was not held in this case and is therefore **DENIED** as **MOOT**.

Next, the motion to dismiss indictment, [Doc. 30], amounts to the renewal of a motion to dismiss made in now-dismissed Case Number 1:11-cr-53 in this Court on the grounds of a violation of the right to speedy trial. See [Doc. 160] in Case Number 1:11-cr-53. The motion in that case was denied. [Doc. 170]. Defendant seeks to preserve the issue for appeal by renewing the same motion in the instant case and adopting the arguments, record, and ruling previously made. See [Doc 30. at p. 2]. Given these circumstances,

the undersigned **RECOMMENDS** that the renewed motion [Doc. 30], be **DENIED**, upon the same basis as in Case Number 1:11-cr-53.

As for Defendant's motion to suppress evidence, [Doc. 34], Defendant likewise adopts the motion to suppress previously heard and decided in now-dismissed Case Number 1:11-cr-53, see [Doc. 110], as well as the Report and Recommendation denying the motion and the District Judge's adoption of the Report and Recommendation. [Doc 146, 157]. Again, Defendant seeks to perfect the record on the motion to suppress. Under these circumstances, I also **RECOMMEND** that the renewed motion to suppress, [Doc. 34], be **DENIED**, for the same reasons stated in the Report and Recommendation in Case Number 1:11-cr-53 [Doc. 146], and adopted by the District Judge in that case. See [Doc. 157].

Finally, with regard to the motion to sever, [Doc. 36], I **RECOMMEND** that the same be **DENIED**. Although Defendant asserts that co-defendant Richardson would likely testify on his behalf if a severance were to be granted, and that he will suffer spillover prejudice if these defendants are tried together, he has failed to support the motion with the degree of specificity threshold showing necessary to state a colorable basis for severance or to warrant a hearing. See United States v. Walser, 3 F.3d 380, 386-87 (11th Cir. 1993) (spillover); United States v. Browne, 505 F.3d 1229, 1269 (11th Cir. 2007) (exculpatory testimony).

It appearing that there are no further pretrial or discovery matters to bring before the undersigned it is therefore **ORDERED** that this **CASE** be and is hereby **CERTIFIED** as ready for trial.

**SO REPORTED, RECOMMENDED, and ORDERED** this 11th day of September, 2013.

*/S/ E. Clayton Scofield III*
E. Clayton Scofield III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)